IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**Jonathan Kastenbaum, Administrator of
the Estate of MAKRUFATUL YETI SRIANINGSIH, deceased,**

       Plaintiff,

v.                                       Civil Action No.: 1:23-cv-00051-CMH-WEF

**THE BOEING COMPANY,**           Removed from the Circuit Court for the County
                                                     of Arlington, Virginia, Case No. CL23000091-00

       Defendant.
_____/

## PLAINTIFF'S MOTION TO REMAND

Plaintiff, Jonathan Kastenbaum, Administrator of the Estate of MAKRUFATUL YETI SRIANINGSIH, deceased, ("Plaintiff") through undersigned counsel and pursuant to 20 U.S.C. § 1447, moves for an Order remanding this case to the Circuit Court of Arlington County, Virginia, because The Boeing Company failed to meet the stringent burden of demonstrating that federal jurisdiction exists on either of the bases claimed in its Notice: admiralty jurisdiction pursuant to 28 U.S.C. § 1333, or diversity jurisdiction pursuant to 28 U.S.C. 1332(a).

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court remand this action to the Circuit Court of Arlington County, Virginia.

Dated: February 6, 2023                    Respectfully submitted,

                                                      By: ___/s/ Ashley T. Davis, Esq.
                                                                By Counsel

        Ashley T. Davis, Esq. (VSB No. 68078)
        Derrick L. Walker, Esq. (VSB No. 46490)
        ALLEN, ALLEN, ALLEN & ALLEN P.C.
        1809 Staples Mill Road
        P.O. Box 6855
        Richmond, Virginia 23230
        Phone/E-Fax (Ms. Davis) 804-257-7526
        Phone/E-Fax (Mr. Walker): 804-257-7514
        ashley.davis@allenandallen.com
        derrick.walker@allenandallen.com

        Steven C. Marks, Esq. (to be admitted pro hac vice)
        FL Bar No. 516414
        Pablo Rojas, Esq. (to be admitted pro hac vice)
        FL Bar No. 1022427
        PODHURST, ORSECK, P.A.
        One S.E. Third Avenue, Suite 2300
        Miami, FL 33131
        Firm: (305) 358-2800
        Direct (Mr. Marks): (305) 439-1401
        Direct (Mr. Rojas): (240) 863-4893
        Fax: (305) 358-2382
        Smarks@podhurst.com
        Projas@podhurst.com

        ***Attorneys for Plaintiff***